## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERIRX, LLC, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL NO. 24-2601 |
| | : | |
| HARRAS, BLOOM & ARCHER LLC et al., | : | |
| | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **25th** day of **August 2025**, for reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 16) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Court **DENIES** Defendants' Motion to Dismiss Count I ("Negligence");

2. The Court **GRANTS** Defendants' Motion to Dismiss Count II ("Breach of Contract");

3. The Court construes Defendants' Motion to Dismiss Count III ("Conversion") as a Motion to Compel Arbitration and **GRANTS** that motion as to Count III and as to the portion of Plaintiff's negligence claim that concerns the same subject matter;

4. The Court **GRANTS** Defendants' Motion to Dismiss all claims against Defendants Paul J. Bloom, Keith H. Archer, and Tara McDevitt;

5. The Court **DENIES** Defendants' Motion to Dismiss Plaintiff's requests for interest and attorneys' fees;

6. The Court **GRANTS** Defendants' Motion to Dismiss Plaintiff's request for punitive damages; and

7. The Court **DENIES** Defendants' Alternative Motion for a More Definite Statement (ECF

No. 16).


BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge