IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PERIRX, LLC,

     *Plaintiff,*

     v.

HARRAS BLOOM & ARCHER LLP et al.,
     *Defendants.*

: 
: 
: 
:   CIVIL NO.  24-2601
: 
: 
: 

## ORDER

AND NOW, this **30th** day of **April 2026**, upon consideration of Plaintiff PeriRx, LLC's

Motion for Reconsideration (ECF No. 38) and for reasons explained in the accompanying

Memorandum, it is hereby **ORDERED** that the Motion (ECF No. 38) is **DENIED.**

BY THE COURT;

HON. KAI N. SCOTT
**United States District Court Judge**