**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PERIRX, LLC,** | : | |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 24-2601** |
| | : | |
| **HARRAS BLOOM & ARCHER LLP et al.,** | : | |
| ***Defendants.*** | : | |

# ORDER

**AND NOW**, this **11th** day of **August 2026**, upon consideration of Plaintiff PeriRx, LLC's Motion for Reconsideration (ECF No. 49) and for reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that the Motion (ECF No. 49) is **DENIED**. It is **FURTHER ORDERED** that PeriRx, LLC is **BARRED** from filing any further motions for reconsideration without prior permission from the Court.

**BY THE COURT:**

**HON. KAI N. SCOTT**
**United States District Court Judge**